U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 2 6 2017

TONY R. MOORE, CLERK
BY: _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **HEATHER ARMSTRONG, ET AL** | **CIVIL ACTION NO. 2:17-0070** |
| **VERSUS** | **JUDGE JAMES T. TRIMBLE, JR.** |
| **AXIALL CORPORATION, ET AL** | **MAG. JUDGE KAY** |

## MEMORANDUM RULING AND JUDGMENT

Before the court is "Defendant's Rule 41(b)Motion to Dismiss" (R. #1) wherein, Defendants, Axiall Corporation, John Manns, Eagle US 2 LLC, P H H Monomers LLC, move to dismiss with prejudice Plaintiffs Heather Armstrong, Tristan Armstrong, Julie R. Blaylock and Cody Cahanin for failure to prosecute.

On January 17, 2017, the court ordered that the Plaintiffs herein be transferred from the original lawsuit entitled <u>Julie Blaylock, et al v. Axiall Corp</u>, Civ. Action 2:15-275-JTT-KK[1] to this lawsuit. The sole purpose of this administrative case is to consider the instant motion to dismiss those Plaintiffs who failed to respond to discovery as ordered by the court in the original lawsuit.

On February 8, 2017, the Magistrate Judge granted Plaintiffs' counsel Steven W. Hale and W. Taylor Hale's motion to withdraw[2] and put Plaintiffs on notice that they were representing themselves after specifically finding that former counsel had taken adequate measures to contact

---

[1] R. #37.
[2] See R. #3 and Electronic Order #4.

1

these Plaintiffs. The Magistrate Judge further ordered the clerk to mail notice of the order to these Plaintiffs to the addresses provided in the pleadings.[3]

As of this date, these Plaintiffs have not responded to the discovery requests, nor have any of the Plaintiffs opposed the instant motion to dismiss. Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss is hereby **GRANTED** dismissing with prejudice all claims of Plaintiffs Heather Armstrong, Tristan Armstrong, Julie R. Blaylock and Cody Cahanin.

**IT IS FURTHER ORDERED** that the Clerk of Court close the instant lawsuit.

**THUS DONE AND SIGNED** in Alexandria, Louisiana on this 26th day of April, 2017.

	JAMES T. TRIMBLE, JR.
	UNITED STATES DISTRICT COURT

---

[3] R. #4. In the order noticed the plaintiffs, the Magistrate Judge also put plaintiffs on notice that the instant motion to dismiss had been filed.